# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0448
_____

AKILAH MCGANN,

   Appellant,

v.

JECOMIAH WALKER,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Sean Brewer, Judge.

August 13, 2024


PER CURIAM.

   AFFIRMED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Akilah McGann, pro se, Appellant.

Jecomiah Walker, pro se, Appellee.